IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

MARIO ORTIZ, et.al.

    Plaintiff

Vs.                                                            Case No.: CAL16-41827

OFFICER TERRELL
BATES #9094, et.al.

    Defendants

## MEMORANDUM OF THE COURT

TO PLAINTIFF'S COUNSEL

The court has reviewed the information sheet you have filed in this matter. You indicate that the matter will take 3 days or more to try.

Please remember that all cases are expected to be completed 18 months from the filing date. Upon service and answer by the opposing party, the court asks that you contact Lori M. Hester, secretary to the civil coordinating judge at 301-952-3142 and schedule a phone conference with counsel of record. This is for scheduling purposes only and may be either on the record or off the record If we do not have the phone conference, the court requires that a status hearing be held.

**THEREFORE**, it is this 30th day of January, 2017 by the Circuit Court for Prince George's County, Maryland

**ORDERED**, that a Phone Conference will be held upon communication from plaintiff's counsel; and it is further

**ORDERED**, that a Status Hearing will be held before Judge Green on April 7, 2017 @ 9:00 am.

Leo E. Green, Jr.
Civil Coordinating Judge

Copies sent to:

ENTERED 2-1-17

Micheal Winkelmann, Esq.
mwinkelman@mwmlawyers.com

SCANNED

_Jasmine Boyd_
Jasmine Boyd, Paralegal to the
Honorable Leo E. Green, Jr.